UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-23481-ALTMAN/HERNANDEZ

MARLINE MONESTIME,

      Plaintiff,

vs.

CITY OF NORTH MIAMI BEACH
and DARVIN WILLIAMS,

      Defendants.

_____/

### PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
### ON DEFENDANT, DARVIN WILLIAMS

Plaintiff, Marline Monestime files the Return of Service on Defendant, Darvin Williams

(served on May 21, 2026).

      Dated this 26th day of May 2026.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm