UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-23481-ALTMAN/HERNANDEZ

MARLINE MONESTIME,

      Plaintiff,

vs.

CITY OF NORTH MIAMI BEACH
and DARVIN WILLIAMS,

      Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
ON DEFENDANT, CITY OF NORTH MIAMI BEACH**

Plaintiff, Marline Monestime files the Return of Service on Defendant, City of North

Miami Beach (served on May 21, 2026).

Dated this 26th day of May 2026.

                                        s/Brian H. Pollock, Esq.
                                        Brian H. Pollock, Esq.
                                        Fla. Bar No. 174742
                                        brian@fairlawattorney.com
                                        FAIRLAW FIRM
                                        135 San Lorenzo Avenue
                                        Suite 770
                                        Coral Gables, FL 33146
                                        Tel:    305.230.4884
                                        *Counsel for Plaintiff*