## <u>RETURN OF SERVICE</u>

UNITED STATES DISTRICT COURT
Sothern District of Florida

Case Number: 1:26-CV-23481-RKA

Plaintiff:
**MARLINE MONESTIME**

vs.

Defendant:
**CITY OF NORTH MIAMI BEACH AND
DARVIN WILLIAMS**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 19th day of May, 2026 at 11:20 am to be served on **CITY OF NORTH MIAMI BEACH, 17011 NE 19th Avenue, North Miami Beach, FL 33162**.

I, Joseph Onega, do hereby affirm that on the **21st day of May, 2026** at **11:21 am, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Michael Joseph** as **Mayor** for **CITY OF NORTH MIAMI BEACH**, at the address of: **17011 NE 19th Avenue, North Miami Beach, FL 33162**, and informed said person of the contents therein, in compliance with Florida statute §48.111.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Black, Height: 6'0", Weight: 200, Hair: Black, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts s tated there are true.  I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321**

Our Job Serial Number: NAY-2026000603

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e