IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:26-cv-23481

MARLINE MONESTIME,

    Plaintiff,

v.

CITY OF NORTH MIAMI BEACH, and
DARVIN WILLIAMS,

    Defendant.

_____/

## NOTICE OF APPEARANCE

NOTICE IS GIVEN that Erica Hausdorff, Esq., of the law firm of Weiss Serota Helfman Cole & Bierman, P.L., hereby appears as counsel of record for Defendants, City of North Miami Beach and Darvin Williams, and requests that all filings, correspondence and other papers relating to the above-styled proceeding be served on the undersigned at the address indicated below.

Respectfully submitted,

WEISS SEROTA HELFMAN
COLE & BIERMAN, P.L.
2255 Glades Road, Suite 200-E
Boca Raton, FL 33431
Telephone: (561) 835-2111

By: */s/ Erica Hausdorff*
    Erica Hausdorff, Esq.
    Florida Bar No. 1026008
    Email: ehausdorff@wsh-law.com
    bmandel@wsh-law.com

## CERTIFICATE OF SERVICE

CASE NO.: 1:26-cv-23481

I HEREBY CERTIFY that on June 11, 2026, a true and correct copy of the foregoing was served via electronic correspondence on all counsel of record.

*/s/ Erica Hausdorff*
Erica Hausdorff

2

WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.