IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:26-cv-23481

MARLINE MONESTIME,

     Plaintiff,

v.

CITY OF NORTH MIAMI BEACH, and
DARVIN WILLIAMS,

     Defendant.

_____/

## DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

Defendants, City of North Miami Beach and Darvin Williams, by and through undersigned counsel, respectfully moves this Court for a three (3) week extension of the deadline to file its Response to Plaintiff's Complaint, and states:

1.     On May 18, 2026, Plaintiff filed a Complaint in the United States District Court, Southern District of Florida. (ECF No. 1).

2.     Pursuant to the Federal Rules of Civil Procedure, the deadline to file Defendants' response to the Complaint is June 11, 2026.

3.     Defense counsel was recently retained and needs time to compile the facts and necessary documents to prepare a response to Plaintiff's Complaint

4.     As such, Defendants respectfully request a three (3) week extension of time up to and including July 2, 2026, to file its response to Plaintiff's Complaint.

5.     The extension is sought in good faith and not for purposes of delay.

6.     Plaintiff will not be prejudiced by the granting of this motion. Indeed, Plaintiff's counsel has no objection to the requested extension of time and does not oppose the relief sought

WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.

CASE NO.: 1:26-cv-23481

herein.

WHEREFORE, Defendants, City of North Miami Beach and Darvin Williams, respectfully request an order extending the deadline to July 2, 2026, to file its Response to Plaintiff's Complaint and any further relief the Court deems just and proper.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Counsel for City of North Miami Beach and Darvin Williams certify that she conferred with counsel for Plaintiff regarding the relief sought in the instant motion. Plaintiff's counsel does not oppose extending the deadline for Defendants to file its response to Plaintiff's Complaint Dated: June 11, 2026.

Respectfully submitted,

WEISS SEROTA HELFMAN
COLE & BIERMAN, P.L.
2255 Glades Road, Suite 200-E
Boca Raton, FL 33431
Telephone: (561) 835-2111

By: */s/ Erica A. Hausdorff*
    Erica Hausdorff, Esq.
    Florida Bar No. 1026008
    Email: ehausdorff@wsh-law.com
    bmandel@wsh-law.com

## CERTIFICATE OF SERVICE

2

WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.

CASE NO.: 1:26-cv-23481

I HEREBY CERTIFY that on June 11, 2026, a true and correct copy of the foregoing was served via electronic correspondence on all counsel of record.

/s/ Erica A. Hausdorff
Erica A. Hausdorff

3

WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.