IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:26-cv-23481

MARLINE MONESTIME,

     Plaintiff,

v.

CITY OF NORTH MIAMI BEACH, and
DARVIN WILLIAMS,

     Defendants.

_____ /

## NOTICE OF APPEARANCE
## AND DESIGNATION OF EMAIL ADDRESSES

NOTICE IS HEREBY GIVEN that Shana Bridgeman, Esq., and Brett J. Schneider, Esq., of the law firm Weiss Serota Helfman Cole & Bierman, P.L., enter their appearance as counsel for Defendants, City of North Miami Beach and Darvin Williams, in the above-styled case, and request that copies of all future notices, motions, briefs, order and other paper and communications filed or served in this matter, should be sent to the addresses specified below.

**Shana Bridgeman, Esq. and Brett J. Schneider, Esq.**
Primary: sbridgeman@wsh-law.com
Secondary:  bschneider@wsh-law.com
Additional: nwoods@wsh-law.com

Respectfully submitted,

WEISS SEROTA HELFMAN
COLE & BIERMAN, P.L.
Counsel for Defendants
2255 Glades Road, Suite 200-E
Boca Raton, FL 33431
Telephone: (561) 835-2111
Facsimile:  (954) 764-7770

By: */s/ Shana Bridgeman*

**Shana Bridgeman, Esq.**
Florida Bar No. 10300
sbridgeman@wsh-law.com (primary)
nwoods@wsh-law.com (secondary)
**Brett J. Schneider, Esq.**
Florida Bar No. 12443
Bschneider@wsh-law.com
nwoods@wsh-law.com (secondary)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via the E-Portal on all counsel of record this 16th day of June 2026.

*/s/ Shana Bridgeman*
SHANA BRIDGEMAN