UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-23481-ALTMAN/HERNANDEZ

MARLINE MONESTIME,

     Plaintiff,

vs.

CITY OF NORTH MIAMI BEACH
AND DARVIN WILLIAMS,

     Defendants.

_____/

**[PROPOSED] JOINT SCHEDULING ORDER**

This MATTER is set for jury trial for the week of August 23, 2027. The Parties propose to adhere to the following schedule:

| | |
|---|---|
| August 26, 2026 | The Parties shall furnish lists with names and addresses of fact witnesses. The Parties are under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| September 10, 2026 | The Parties shall select a mediator and jointly file a proposed order scheduling mediation. |
| September 28, 2026 | The Parties shall file motions to amend pleadings or join Parties |
| January 11, 2026 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k). |
| January 18, 2026 | The Defendants shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k).<br>The Parties shall exchange rebuttal expert witness summaries and reports, as required by Local Rule 16.1(k). |
| April 1, 2027 | The Parties shall complete all discovery, including expert discovery. |
| May 3, 2027 | The Parties shall complete mediation and file a mediation report with the Court. |
| May 17, 2027 | The Parties shall file all dispositive pre-trial motions and memoranda of law. |
| July 12, 2027 | The Parties shall file a joint pre-trial stipulation, as required by Local Rule 16.1(e) and final proposed jury instructions. Joint proposed jury instructions or conclusions of law (for non-jury trials) shall outline: 1) |

| | |
|---|---|
| | the legal elements of Plaintiff's claims, including damages, and 2) the legal elements of the defenses that are raised. |
| June 28, 2027 | The Parties shall file witness and exhibit lists and all *motions in limine*. The witness list shall include only those witnesses the Parties actually intend to call at trial and shall include a brief synopsis of their testimony. The exhibit lists shall identify each witness that will introduce each exhibit. |

**DONE AND ORDERED** in Chambers at Miami, Florida, this _____ day of

_____, 2026.

_____

ROY ALTMAN
UNITED STATES DISTRICT JUDGE