IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:26-cv-23481

MARLINE MONESTIME,

     Plaintiff,

v.

CITY OF NORTH MIAMI BEACH, and
DARVIN WILLIAMS,

     Defendant.

_____/

## DEFENDANTS, CITY OF NORTH MIAMI BEACH, FLORIDA AND DARVIN WILLIAMS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendants, City of North Miami Beach, Florida and Darvin Williams, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Order, ECF No. 13, file this Certificate of Interested Parties and Corporate Disclosure Statement.

**I.**     **Certificate of Interested Parties**

1. Defendant City of North Miami Beach, Florida

2. Defendant Darvin Williams

3. Plaintiff Marline Monestime

4. Brian H. Pollock, Esq. (counsel for Plaintiff)

5. Fairlaw Firm

6. Preferred Governmental Insurance Trust, Defendant City of North Miami Beach Insurance Carrier

7. Shana Bridgeman, Esq. (counsel for Defendants)

8. Brett J. Schneider, Esq. (counsel for Defendants)

9. Erica A. Hausdorff, Esq. (counsel for Defendants)

WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.

CASE NO.: 1:26-cv-23481

10. Weiss Serota Helfman Cole & Bierman P.L

## II.      Corporate Disclosure Statement.

The City of North Maimi Beach, Florida is a Florida municipal corporation with no subsidiaries, conglomerates, affiliates or parent corporations, nor does any publicly held corporation hold 10% or more of its stock.

A corporate disclosure statement does not apply to Defendant Darvin Williams because he is a natural person.

Dated: July 8, 2026.

Respectfully submitted,

WEISS SEROTA HELFMAN
COLE & BIERMAN, P.L.
2255 Glades Road, Suite 200-E
Boca Raton, FL 33431
Telephone: (561) 835-2111

By: */s/ Erica A. Hausdorff*
      Shana Bridgeman, Esq.
      Florida Bar No. 10300
      sbridgeman@wsh-law.com
      nwoods@wsh-law.com
      Brett J Schneider, Esq.
      Florida Bar No. 12443
      bschneider@wsh-law.com
      Erica Hausdorff, Esq.
      Florida Bar No. 1026008
      ehausdorff@wsh-law.com
      bmandel@wsh-law.com

2

WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.

CASE NO.: 1:26-cv-23481

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 8, 2026, a true and correct copy of the foregoing was served via electronic correspondence on all counsel of record.

*/s/ Erica A. Hausdorff*
Erica A. Hausdorff

WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.