UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-23481-ALTMAN/HERNANDEZ

MARLINE MONESTIME,

      Plaintiff,

vs.

CITY OF NORTH MIAMI BEACH AND
DARVIN WILLIAMS,

      Defendants.

_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff, Marline Monestime, through her undersigned counsel and pursuant to Fed. R. Civ. P. 6(b)(1), Local Rule 7.1, and other applicable Rules and laws, requests the Court to grant an extension of time to respond to Defendants' Motion to Dismiss based upon the lack of opposition and the following good cause:

1.      Plaintiff filed her Complaint on May 18, 2026. [ECF No. 1.]

2.      Defendants filed and served their Motion to Dismiss Plaintiff's Complaint on July 2, 2026. [ECF No. 14.]

3.      Pursuant to Southern District of Florida Local Rule 7.1(c)(1), Plaintiff's response in opposition to the Motion to Dismiss is currently due on July 16, 2026.

4.      Due to the press of business and pre-existing commitments in other active litigation matters, the undersigned requires additional time to thoroughly analyze the extensive legal arguments raised in Defendants' Motion to Dismiss and properly draft a comprehensive response.

5.      The undersigned contacted defense counsel, who stated they have no opposition to providing a two-week extension of time, up to and including July 30, 2026, for Plaintiff to file her response to the Motion to Dismiss.

6.      Pursuant to Fed. R. Civ. P. 6(b)(1) "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

7.      It follows that this Court has the power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936); *also see Clinton v. Jones*, 520 U.S. 681, 706-707 (1997).

8.      This request is made in good faith and not for the purpose of improper delay. No party will be prejudiced by the brief extension requested herein.

Accordingly, Plaintiff respectfully requests the Court to grant her an extension of time through July 30, 2026, to respond to Defendants' Motion to Dismiss.

A proposed Order is being submitted simultaneously herewith.

WHEREFORE, Plaintiff, Marline Monestime, respectfully requests the Court to grant her the Extension of Time requested above.

## <u>LOCAL RULE 7.1 CERTIFICATION</u>

Counsel for the movant certifies that he has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion, and represents that defense counsel has agreed to the relief requested above.

Respectfully submitted this 15th day of July 2026,

<div style="margin-left:50%">

*s/*Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:     305.230.4884
*Counsel for Plaintiff*

</div>