UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-23481-ALTMAN/HERNANDEZ

MARLINE MONESTIME,

     Plaintiff,

vs.

CITY OF NORTH MIAMI BEACH AND
DARVIN WILLIAMS,

     Defendants.

_____/

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION
TO DISMISS**

THIS CAUSE, having come before the Court on Plaintiff's Unopposed Motion for

Extension of Time to File Response in Opposition to Defendants' Motion to Dismiss, and the

Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is GRANTED:

Plaintiff shall file her Response in Opposition to Defendants' Motion to Dismiss no later

than July 30, 2026.

DONE AND ORDERED in Chambers at Miami, Florida, on this _____ day of _____

2026.

                                      _____
                                      ROY K. ALTMAN
                                       UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*