UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-23481-ALTMAN/HERNANDEZ

MARLINE MONESTIME,

     Plaintiff,

vs.

CITY OF NORTH MIAMI BEACH
AND DARVIN WILLIAMS,

     Defendants.

_____/

## JOINT NOTICE OF MEDIATOR SELECTION

Plaintiff, Marline Monestime, and Defendants, City of North Miami Beach and Darvin Williams, jointly notice the Court, pursuant to the Court's Order Setting Trial and Pre-Trial Schedule [ECF No. 19], that the parties have agreed to utilize Karen Evans-Putney, Esq., as mediator.

Dated this 28th day of July 2026.

| | |
|---|---|
| s/Brian H. Pollock, Esq. | s/Shana Bridgeman, Esq. |
| Brian H. Pollock, Esq. (174742) | Shana Bridgeman, Esq. (10300) |
| brian@fairlawattorney.com | sbridgeman@wsh-law.com |
| FAIRLAW FIRM | Brett J. Schneider, Esq. (12443) |
| 135 San Lorenzo Avenue | bschneider@wsh-law.com |
| Suite 770 | WEISS SEROTA HELFMAN COLE & |
| Coral Gables, FL 33146 | BIERMAN, P.L. |
| Tel: 305.230.4884 | 2255 Glades Road, Suite 200-E |
| Counsel for Plaintiff | Boca Raton, FL 33431 |
| | Tel: (561) 835-2111 |
| | Counsel for Defendants |