**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-23481-ALTMAN**

**MARLINE MONESTINE**,

     *Plaintiff*,

v.

**CITY OF NORTH MIAMI BEACH**
*and* **DARVIN WILLIAMS**,

     *Defendants*.

_____/

## ORDER SCHEDULING MEDIATION

The parties have filed a Notice of Mediator Selection [ECF No. 23]. Mediation in this case shall be held before Karen Evans-Putney. By **August 4, 2026**, the parties must file a revised notice of mediator selection, telling us the date and time of the mediation, along with whether the mediation will be in person or via videoconference.

Within **three days** of the mediation, the parties shall file a joint mediation report. The report shall indicate whether the case has settled (in full or in part), whether it was adjourned, or whether the mediator declared an impasse. Failure to comply with this Order may result in sanctions, including dismissal without prejudice and without further notice.

**DONE AND ORDERED** in the Southern District of Florida on July 30, 2026.



               **ROY K. ALTMAN**
               **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record