UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-23481-ALTMAN/HERNANDEZ

MARLINE MONESTIME,

     Plaintiff,

vs.

CITY OF NORTH MIAMI BEACH AND
DARVIN WILLIAMS,

     Defendants.

_____/

### PLALINTIFF'S NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

Plaintiff, Marline Monestime, pursuant to Local Rule 3.8, notifies the Court of the following related action presently pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida:

***Law Office of Brian H. Pollock, P.A. d/b/a FairLaw Firm v. City of North Miami Beach***, Miami-Dade Circuit Court Case No. 2026-013264-CA-01 (30).

***Michael Joseph, Mayor of the City of Noth Miami Beach v. City of North Miami Beach***, Miami-Dade Circuit Court Case No. 2026-014369-CA-01 (06).

These related actions seek to compel the City of North Miami Beach to produce all public records and materials previously requested under Chapter 119, Florida Statutes, but which were not produced. The public records at issue include the ALGO Law Firm investigation and Interim Investigative Report referenced in this action, including investigation materials, communications between investigators and City personnel, interview materials, recordings, notes, transcripts, drafts, invoices, billing records, and related documents. The records sought in the related actions bear on the facts and circumstances at issue in this case, including the investigation described in the Complaint, how that investigation was conducted and directed, the report(s) generated as a result, Plaintiff's claim that she was terminated shortly after the report was provided to Defendants, and other claims potentially available to Plaintiff.

Respectfully submitted this 31st day of July 2026,

Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*
