UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-23481-ALTMAN/HERNANDEZ

MARLINE MONESTIME,

       Plaintiff,

vs.

CITY OF NORTH MIAMI BEACH
AND DARVIN WILLIAMS,

       Defendants.

_____/

<u>PLAINTIFF'S NOTICE OF MEDIATION</u>

Plaintiff, Marline Monestime, hereby notices the Court, pursuant to the Court's Order Scheduling Mediation [ECF No. 24], that the parties previously agreed to utilize Karen Evans-Putney, Esq., as mediator, and that the mediation will take place on October 7, 2026, at 10:00 a.m., via Zoom videoconference.

Dated this 4th day of August 2026.

<u>s/Brian H. Pollock, Esq.</u>
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
Counsel for Plaintiff
