UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-23481-ALTMAN/HERNANDEZ

MARLINE MONESTIME,

     Plaintiff,

vs.

CITY OF NORTH MIAMI BEACH AND
DARVIN WILLIAMS,

     Defendants.

_____/

**ORDER GRANTING**
**PLAINTIFF'S RENEWED AGREED SECOND MOTION**
**FOR EXTENSION OF TIME TO FILE**
**RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

THIS CAUSE, having come before the Court on Plaintiff's Agreed Second Motion for Extension of Time to File Response to Defendants' Motion to Dismiss [ECF No. __], and the Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED:

Plaintiff shall respond to Defendants' Motion to Dismiss [ECF No. 14] or file an Amended Complaint within 35 days from the date of this Order, as set forth below.

DONE AND ORDERED in Chambers at Miami, Florida, on this _____ day August 2026.

                                 _____

                                 ROY K. ALTMAN
                                 UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*