IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-23481

MARLINE MONESTIME,

Plaintiff,

v.

CITY OF NORTH MIAMI BEACH, and
DARVIN WILLIAMS,

Defendant.
_____________________________________/

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants, City of North Miami Beach and Darvin Williams, by and through undersigned counsel, respectfully move this Court for a seven (7) day extension of the deadline to file its Response to Plaintiff's Amended Complaint, and states:

1. On August 25, 2026, Plaintiff filed an Amended Complaint in the United States District Court, Southern District of Florida. (ECF No. 32).

2. Pursuant to the Federal Rules of Civil Procedure, the deadline to file Defendants' response to the Complaint is September 8, 2026.

3. Defense counsel needs time to compile the facts and necessary documents to prepare a response to Plaintiff's Amended Complaint.

4. As such, Defendants respectfully request a seven (7) day extension of time up to and including September 15, 2026, to file its response to Plaintiff's Amended Complaint.

5. The extension is sought in good faith and not for purposes of delay.

6. Plaintiff will not be prejudiced by the granting of this motion.

WHEREFORE, Defendants, City of North Miami Beach and Darvin Williams, respectfully

request an order extending the deadline to September 15, 2026, to file its Response to Plaintiff's Amended Complaint and any further relief the Court deems just and proper.

**LOCAL RULE 7.1(a)(3) CERTIFICATION**

Counsel for City of North Miami Beach and Darvin Williams certify that she conferred with counsel for Plaintiff regarding the relief sought in the instant motion.

Dated: September 4, 2026.

Respectfully submitted,

WEISS SEROTA HELFMAN
COLE & BIERMAN, P.L.
2255 Glades Road, Suite 200-E
Boca Raton, FL 33431
Telephone: (561) 835-2111

By: */s/ Shana H. Bridgeman*
Shana H. Bridgeman, Esq.
Florida Bar No. 10300
sbridgeman@wsh-law.com
nwoods@wsh-law.com
Erica Hausdorff, Esq.
Florida Bar No. 1026008
Email: ehausdorff@wsh-law.com
bmandel@wsh-law.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 4, 2026, a true and correct copy of the foregoing was served via electronic correspondence on all counsel of record.

*/s/ Shana Bridgeman*
Shana Bridgeman