UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-23481-ALTMAN/HERNANDEZ

MARLINE MONESTIME,

Plaintiff,

v.

CITY OF NORTH MIAMI BEACH,
DARVIN WILLIAMS,
ALGO LAW FIRM, LLP,
IGNACIO ALVAREZ,
FRANKLIN ROIG, AND
NORBERTO HERNANDEZ a/k/a
ROBERT HERNANDEZ,

Defendants.
______________________/

**NOTICE OF FILING WAIVER OF SERVICE**
**(Norberto Hernandez)**

Plaintiff, Marline Monestime, notifies the Court and all parties of her filing the Waiver of Service executed by/for Defendant, Norberto Hernandez a/k/a Robert Hernandez on September 14, 2026, relating to the Amended Complaint [ECF No. 32].

Dated this 25th day of September 2026.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
*Counsel for Plaintiff*