**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-23481-ALTMAN**

**MARLINE MONESTIME,**

*Plaintiff,*

*v.*

**CITY OF NORTH**
**MIAMI BEACH**, *et al.*,

*Defendants.*
_______________________________/

**ORDER REQUIRING SCHEDULING REPORT**
**AND CERTIFICATES OF INTERESTED PARTIES**

The parties are directed to prepare and file a joint scheduling report, as required by S.D. FLA. L.R. 16.1(b)(2), by **October 15, 2026**. In addition, by **October 15, 2026**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in the Southern District of Florida on September 24, 2026.

_______________________________
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record