UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-23481-ALTMAN/HERNANDEZ

MARLINE MONESTIME,

Plaintiff,

v.

CITY OF NORTH MIAMI BEACH,
DARVIN WILLIAMS,
ALGO LAW FIRM, LLP,
IGNACIO ALVAREZ,
FRANKLIN ROIG, AND
NORBERTO HERNANDEZ A/K/A
ROBERT HERNANDEZ,

Defendants.
_________________________________/

**NOTICE OF APPEARANCE AS COUNSEL**
**AND DESIGNATION OF E-MAIL ADDRESSES**

NOTICE IS GIVEN that Lara Juliette Fernandez, Esq. of the law firm of Lara Juliette Fernandez, P.A., hereby appears as counsel of record for Defendant NORBERTO HERNANDEZ A/K/A ROBERT HERNANDEZ in the above-styled case, and requests that copies of all future notices, motions, briefs, orders and other papers and communications filed or served in this matter should be sent to the addresses specified below.

Lara Juliette Fernandez, Esq. E-Mail: lara@larajuliettelaw.com
Secondary E-Mail: larajuliettef@gmail.com

Date: September 29, 2026

Respectfully submitted,

**LARA JULIETTE FERNANDEZ, P.A.**
*Counsel for Defendant Norberto Hernandez*
*A/K/A Robert Hernandez*
1430 S Dixie Hwy,
Suite 323-B
Coral Gables, FL 33146
Office: (305) 877-2600

By: */s/ Lara Juliette Fernandez*
**LARA JULIETTE FERNANDEZ**
Florida Bar No. 1059162
Primary: lara@larajuliettelaw.com
Secondary: larajuliettef@gmail.com

**CERTIFICATION**

I hereby certify that a true and correct copy of the foregoing has been served via the EPortal on all counsel of record this 29th day of September 2026.

/s/ Lara Juliette Fernandez
LARA JULIETTE FERNANDEZ