UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-23481-ALTMAN/HERNANDEZ

MARLINE MONESTIME,

Plaintiff,

vs.

CITY OF NORTH MIAMI BEACH,
DARVIN WILLIAMS,
ALGO LAW FIRM, LLP,
IGNACIO ALVAREZ,
FRANKLIN ROIG, AND
NORBERTO HERNANDEZ A/K/A
ROBERT HERNANDEZ,

Defendants.
_____________________________________/

NOTICE OF APPEARANCE

The law firm of KAHN & RESNIK, P.L. hereby enters its appearance as co-counsel on behalf of the Defendant, NORBERTO HERNANDEZ A/K/A ROBERT HERNANDEZ, in the above styled cause. It is requested that all correspondence, notices, pleadings and other communications with regard to this matter be furnished directly to the undersigned attorney.

Respectfully submitted,

KAHN & RESNIK, P.L.
Co-Counsel for NORBERTO HERNANDEZ
A/K/A ROBERT HERNANDEZ
Suite 602
12 S.E. 7th Street
Fort Lauderdale, Florida 33301
Telephone: (954) 321-0176
hkahn@kr-lawyer.com

By: s/Howard N. Kahn
HOWARD N. KAHN
Florida Bar No. 724416

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance has been electronically filed with the Clerk of Court via CM/ECF this 29th day of September, 2024 to all counsel of record.

s/Howard N. Kahn
HOWARD N. KAHN, ESQ.
KAHN & RESNIK, P.L.
Co-Counsel for NORBERTO HERNANDEZ A/K/A
ROBERT HERNANDEZ
Florida Bar No. 724416