**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:26-CV-23481-ALTMAN/HERNANDEZ

MARLINE MONESTIME,

Plaintiff,

vs.

CITY OF NORTH MIAMI BEACH,
DARVIN WILLIAMS,
ALGO LAW FIRM, LLP,
IGNACIO ALVAREZ,
FRANKLIN ROIG, and
NORBERTO HERNANDEZ
a/k/a ROBERT HERNANDEZ,

Defendants.
_______________________________/

**[PROPOSED] JOINT SCHEDULING ORDER**

This MATTER is set for jury trial during the Court's two-week trial calendar beginning March 13, 2028. The Parties propose to adhere to the following schedule:

| | |
|---|---|
| November 12, 2026 | The Parties shall attend mediation before Karen Evans-Putney, Esq., at 10:00 a.m. via Zoom videoconference. |
| December 14, 2026 | The Parties shall furnish lists with names and addresses of fact witnesses. The Parties are under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| April 27, 2027 | The Parties shall file all motions to amend pleadings or to join Parties. |
| October 13, 2027 | The Parties shall exchange expert witness summaries and reports, as required by Local Rule 16.1(k). |
| October 27, 2027 | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Local Rule 16.1(k). |

| | |
|---|---|
| November 10, 2027 | The Parties shall complete all discovery, including expert discovery. |
| November 24, 2027 | All Parties shall complete mediation and file a joint mediation report with the Court within three (3) days of the mediation. |
| December 2, 2027 | The Parties shall file all dispositive pre-trial motions and memoranda of law, including any motions for summary judgment and any summary-judgment Daubert motions. |
| January 14, 2028 | The Parties shall file all pre-trial motions, including motions in limine and Daubert motions for trial. |
| February 22, 2028 | The Parties shall file a joint pre-trial stipulation, as required by Local Rule 16.1(e), together with witness lists, exhibit lists, deposition designations, and proposed jury instructions and verdict form. The witness list shall include only those witnesses the Parties actually intend to call at trial and shall include a brief synopsis of their testimony. The exhibit lists shall identify each witness that will introduce each exhibit. Joint proposed jury instructions shall outline: 1) the legal elements of Plaintiff's claims, including damages, and 2) the legal elements of the defenses that are raised. |
| March 7, 2028 | Calendar call at 1:45 p.m. |
| March 13, 2028 | Two-week trial calendar begins. |

**DONE AND ORDERED** in Chambers at Miami, Florida, this _____ day of October 2026.

ROY ALTMAN
UNITED STATES DISTRICT JUDGE