**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:26-CV-23481-ALTMAN/HERNANDEZ

MARLINE MONESTIME,

Plaintiff,

v.

CITY OF NORTH MIAMI BEACH,
DARVIN WILLIAMS,
ALGO LAW FIRM, LLP,
IGNACIO ALVAREZ,
FRANKLIN ROIG, AND
NORNERTO HERNANDEZ A/K/A
ROBERT HERNANDEZ

Defendants.
______________________________________/

---

**DEFENDANTS ALGO LAW FIRM, LLP, IGNACIO ALVAREZ, FRANKLIN ROIG, AND NORTBERTO HERNANDEZ'S *UNOPPOSED* MOTION FOR A ONE-WEEK EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

---

Defendants, ALGO LAW FIRM, LLP, IGNACIO ALVAREZ, FRANKLIN ROIG, and NORBERTO HERNANDEZ (collectively, "ALGO Defendants") by and through undersigned counsel and pursuant to Local Rule 7.1(a), hereby file this Unopposed Motion for a One-Week Extension of Time to Respond to Plaintiff's Amended Complaint and in support thereof, states as follows:

1. On August 25, 2026, Plaintiff filed her Amended Complaint (DE 32) which named the ALGO Defendants and brought them into this case.
2. Accordingly, the deadline for the ALGO Defendants to file their response to Plaintiff's Amended Complaint is October 26, 2026.
3. Unfortunately, counsel for the ALGO Defendants recently suffered an injury and will be unable to prepare a response to Amended Complaint before the deadline
4. The ALGO Defendants respectfully request an additional week to prepare and file their response to the Amended Complaint.
5. This is the ALGO Defendant's first request for an extension of time in this matter.
6. The undersigned has conferred with counsel for Plaintiff, who does not oppose the relief sought herein
7. The instant motion is brought in good faith, not for the purposes of delay, and granting the requested enlargement of time will not prejudice any party to this action.
8. Fed. R. Civ. P. 6(b) states, in pertinent part, that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if request is made, before the original time or its extension expires…"


KAPLAN ZEENA LLP
2 South Biscayne Boulevard, Suite 3050, Miami, Florida 33131
Tel: (305) 530-0800 Fax: (305) 530-0801

9. A Proposed Order pursuant to S.D. Fla. L. R. 7.1(a)(2) has been filed as Exhibit 1 and will be submitted via email as prescribed by the CM/ECF Administrative Procedures.

WHEREFORE, Defendants, ALGO LAW FIRM, LLP, IGNACIO ALVAREZ, FRANKLIN ROIG, and NORBERTO HERNANDEZ, respectfully request that this Court grant this Motion for Extension of Time, and grant such other relief as the Court deems necessary and proper.

**Local Rule 7.1 Certification**

Pursuant to S.D. Fla. Local Rule 7.1(a)(3), counsel for the ALGO Defendants has conferred with counsel for the Plaintiff regarding the relief sought in this Motion, and Plaintiff does not object to the relief sought.

DATED this 23rd day of October 2026.

Respectfully Submitted,

**KAPLAN ZEENA LLP**
*Attorneys for The Algo Defendants*
2 South Biscayne Boulevard, Suite 3050
Miami, Florida 33131
Telephone: (305) 530-0800
Facsimile: (305) 530-0801

By: /s/ *James M. Kaplan*
JAMES M. KAPLAN
Florida Bar No.: 921040
james.kaplan@kaplanzeena.com
elizabeth.salom@kaplanzeena.com
service@kaplanzeena.com
MARK SIMONITIS
Florida Bar No.: 1048907
Mark.simonitis@kaplanzeena.com
Cheryl.mingo@kaplanzeena.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of October 2026, a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel of record.

By: /s/ *James M. Kaplan*
JAMES M. KAPLAN