# **EXHIBIT "1"**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:26-CV-23481-ALTMAN/HERNANDEZ

MARLINE MONESTIME,

Plaintiff,

v.

CITY OF NORTH MIAMI BEACH,
DARVIN WILLIAMS,
ALGO LAW FIRM, LLP,
IGNACIO ALVAREZ,
FRANKLIN ROIG, AND
NORNERTO HERNANDEZ A/K/A
ROBERT HERNANDEZ

Defendants.
_______________________________________/

**[PROPOSED] ORDER GRANTING DEFENDANTS ALGO LAW FIRM, LLP, IGNACIO ALVAREZ, FRANKLIN ROIG, AND NORTBERTO HERNANDEZ'S *UNOPPOSED* MOTION FOR A ONE-WEEK EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

**THIS CAUSE** having come before the Court upon Defendants, ALGO LAW FIRM, LLP, IGNACIO ALVAREZ, FRANKLIN ROIG, and NORBERTO HERNANDEZ's (collectively, "ALGO Defendants") Motion for a One-Week Extension of Time to Respond to Plaintiff's Amended Complaint ("Motion") [DE 33], and upon the Court's due consideration, it is hereby:

**ORDERED and ADJUDGED** as follows:

1. The Motion is granted.

2. The ALGO Defendants shall file their response to Plaintiff's Amended Complaint on or before November 2, 2026.

**DONE AND ORDERED** in Miami, Florida this _____ day of October, 2026.

_________________________________
**Roy K. Altman**
**United States District Judge**

Copies furnished to: Counsel of Record