IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-23481

MARLINE MONESTIME,

Plaintiff,

v.

CITY OF NORTH MIAMI BEACH,
DARVIN WILLIAMS, ALGO LAW FIRM, LLP,
IGNACIO ALVAREZ, FRANKLIN ROIG, and
NORBERTO HERNANDEZ a/k/a
ROBERT HERNANDEZ,

Defendants.
_______________________________________/

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants, City of North Miami Beach and Darvin Williams, by and through undersigned counsel, respectfully moves this Court for a one (1) week extension of the deadline to file its Response to Plaintiff's Amended Complaint, and states:

1. On August 25, 2026, Plaintiff filed a Complaint in the United States District Court, Southern District of Florida. (ECF No. 32).

2. The present deadline to file Defendants' response to the Amended Complaint is October 26, 2026.

3. On May 20, 2026, this Court entered its Order in Cases with Multiple Defendants, which requires all Defendants to jointly file any motions, including motions to dismiss, and to include all grounds for relief in a joint filed motion. (ECF No. 4, ¶ 6).

4. On October 23, 2026, Defendants ALGO Law Firm, LLP, Ignacio Alvarez, Franklin Roig, and Norberto Hernandez filed an unopposed motion seeking a one-week extension of their deadline to respond to the Amended Complaint. (ECF No. 44). That motion remains

pending as of the filing of this Motion.

5. In light of the requested extension and the Court's requirement of joint motion practice, the City Defendants request the same one-week extension to allow counsel for the Defendants to coordinate their anticipated responsive filings, evaluate any grounds to be raised jointly, and comply with the Court's Order.

6. The extension is sought in good faith and not for purposes of delay.

7. Plaintiff's counsel does not oppose the ALGO Defendants' request for a one-week extension of time (DE 44). Although undersigned counsel separately sought Plaintiff's position regarding the extension requested herein, no substantive response was received prior to the filing of this Motion.

WHEREFORE, Defendants, City of North Miami Beach and Darvin Williams, respectfully request an order extending the deadline to November 2, 2026, to file its Response to Plaintiff's Amended Complaint and any further relief the Court deems just and proper.

**LOCAL RULE 7.1(a)(3) CERTIFICATION**

Pursuant to S.D. Fla. Local Rule 7.1(a)(3), undersigned counsel certifies that Plaintiff's counsel previously advised that he does not oppose the ALGO Defendants' request for a one-week extension of time to respond to the Amended Complaint (DE 44). Undersigned counsel separately contacted Plaintiff's counsel regarding the relief sought herein but did not receive a substantive response prior to filing this Motion.

Dated: October 23, 2026.

Respectfully submitted,

WEISS SEROTA HELFMAN
COLE & BIERMAN, P.L.
2255 Glades Road, Suite 200-E
Boca Raton, FL 33431
Telephone: (561) 835-2111

By: */s/ Erica A. Hausdorff*
Erica Hausdorff, Esq.
Florida Bar No. 1026008
Email: ehausdorff@wsh-law.com
bmandel@wsh-law.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 23, 2026, a true and correct copy of the foregoing was served via electronic correspondence on all counsel of record.

*/s/ Erica A. Hausdorff*
Erica A. Hausdorff