**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-23481**

MARLINE MONESTIME,

Plaintiff,
v.

CITY OF NORTH MIAMI BEACH,
DARVIN WILLIAMS, ALGO LAW FIRM, LLP,
IGNACIO ALVAREZ, FRANKLIN ROIG, and
NORBERTO HERNANDEZ a/k/a
ROBERT HERNANDEZ,

Defendants.
_______________________________________/

**DEFENDANTS' JOINT UNOPPOSED MOTION FOR LEAVE TO FILE THEIR JOINT MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT [DE 32] IN EXCESS OF THE TWENTY (20) PAGE LIMIT**

Defendants, City of North Miami Beach ("City"), Darvin Williams ("Williams"), ALGO Law Firm, LLP, Ignacio Alvarez, Franklin Roig, and Norberto Hernandez a/k/a Robert Hernandez (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7.1(c)(2), move for leave to file their forthcoming joint motion to dismiss Plaintiff's Amended Complaint [DE 32] in excess of the twenty (20) page limit, not to exceed thirty (30) pages. In support, Defendants state as follows:

**REQUEST FOR EXCESS PAGES**

1. On August 25, 2026, Plaintiff, Marline Monestime ("Plaintiff"), filed her Amended Complaint [DE 32]. The Amended Complaint [DE 32] is thirty-seven (37) pages, pleads nine (9) counts, and names six (6) Defendants, four (4) of whom were added by the amendment.

2. The counts are not directed uniformly at all Defendants. Plaintiff asserts three (3) counts against the City; four (4) counts against Williams; and four (4) counts against ALGO Law

Firm, LLP, Ignacio Alvarez, Franklin Roig, and Norberto Hernandez, whom Plaintiff collectively defines as the "ALGO Defendants." [DE 32] ¶ 20.

3. The counts arise under different bodies of law and require different defenses. Counts I through IV allege violations of 42 U.S.C. § 1983 premised on procedural due process and liberty interest theories; Count V alleges conspiracy under 42 U.S.C. § 1983; Count VI alleges violations of section 112.3187, Florida Statutes; Count VII alleges tortious interference; Count VIII alleges defamation; and Count IX alleges Florida civil conspiracy. See [DE 32].

4. On May 20, 2026, the Court entered its Order in Cases with Multiple Defendants [DE 4]. The Order requires all Defendants to jointly file any motion to dismiss; requires that all jointly filed motions observe the page limits in the Local Rules unless the Court orders otherwise; requires that all jointly filed motions contain all bases for the relief sought; and provides that any basis for the relief sought that is not raised in the jointly filed motion is waived. [DE 4] ¶ 6.

5. Local Rule 7.1(c)(2) limits a motion and its incorporated memorandum of law to twenty (20) pages absent prior permission of the Court.

6. Defendants intend to seek dismissal of the Amended Complaint [DE 32]. Because [DE 4] requires a single joint motion that contains every basis for the relief sought, and because any basis omitted from that motion is waived, Defendants must address each count as to each Defendant in one motion.

8. Given the number of Defendants, the number of counts directed at each Defendant, the different bodies of law under which the counts arise, and the defenses that differ by Defendant and by count, Defendants respectfully request an additional ten (10) pages, for a total not to exceed thirty (30) pages, for their joint motion to dismiss the Amended Complaint [DE 32].

9. This Motion is made in good faith and not for purposes of delay. The relief sought promotes efficiency, uniformity, and judicial economy by permitting Defendants to address the Amended Complaint [DE 32] fully in the single, consolidated motion that [DE 4] requires.

10. Granting this Motion will not delay these proceedings or prejudice any party.

11. Counsel for Defendants conferred with counsel for Plaintiff, who agreed to a total of thirty (30) pages. Plaintiff does not oppose the relief sought in this Motion.

WHEREFORE, Defendants, City of North Miami Beach, Darvin Williams, ALGO Law Firm, LLP, Ignacio Alvarez, Franklin Roig, and Norberto Hernandez a/k/a Robert Hernandez, respectfully request that this Court enter an order granting this Motion; permitting Defendants to file their joint motion to dismiss Plaintiff's Amended Complaint [DE 32] in excess of the twenty (20) page limit in Local Rule 7.1(c)(2), not to exceed thirty (30) pages; and awarding such further relief as the Court deems just and proper.

**LOCAL RULE 7.1(a)(3) CERTIFICATION**

The undersigned counsel certifies that counsel for Defendants conferred with counsel for Plaintiff regarding the relief sought in this Motion, and that Plaintiff does not oppose the relief sought.

Dated: October 29, 2026.

REMAINDER OF THIS PAGE LEFT BLANK. SIGNATURE PAGE FOLLOWS.

**Respectfully submitted,**

WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.
Counsel for Defendants, City of North Miami Beach and Darvin Williams
2255 Glades Road, Suite 200-E
Boca Raton, FL 33431
Telephone: (561) 835-2111

By: /s/ *Shana Bridgeman*

Shana Bridgeman, Esq.
Florida Bar No. 10300
sbridgeman@wsh-law.com
nwoods@wsh-law.com
Brett J Schneider, Esq.
Florida Bar No. 12443
bschneider@wsh-law.com
Erica Hausdorff, Esq.
Florida Bar No. 1026008
ehausdorff@wsh-law.com
bmandel@wsh-law.com

KAPLAN ZEENA LLP
Counsel for Defendants,
ALGO Law Firm, LLP,
Ignacio Alvarez, and Franklin Roig
2 South Biscayne Boulevard, Suite 3050
Miami, FL 33131
Telephone: (305) 530-0800

James Kaplan, Esq.
Florida Bar No. [921040]
james.kaplan@kaplanzeena.com
mark.simonitis@kaplanzeena.com
elizabeth.salom@kaplanzeena.com

LARA JULIETTE FERNANDEZ, P.A.
Lead Counsel for Defendant,
Norberto Hernandez a/k/a Robert Hernandez
1430 South Dixie Highway, Suite 323-B
Coral Gables, FL 33146
Telephone: (305) 877-2600

Lara Juliette Fernandez, Esq.
Florida Bar No. 1059162
lara@larajuliettelaw.com
larajuliettef@gmail.com

KAHN & RESNIK, P.L.
Co-Counsel for Defendant, Norberto Hernandez
a/k/a Robert Hernandez
12 S.E. 7th Street, Suite 602
Fort Lauderdale, FL 33301
Telephone: (954) 321-0176

Howard N. Kahn, Esq.
Florida Bar No. [724416]
hkahn@kr-lawyer.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 29, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below through transmission of a Notice of Electronic Filing generated by CM/ECF.