**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-23481**

MARLINE MONESTIME,

Plaintiff,

v.

CITY OF NORTH MIAMI BEACH,
DARVIN WILLIAMS, ALGO LAW FIRM, LLP,
IGNACIO ALVAREZ, FRANKLIN ROIG, and
NORBERTO HERNANDEZ a/k/a
ROBERT HERNANDEZ,

Defendants.
_______________________________________/

**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT UNOPPOSED MOTION FOR LEAVE TO FILE THEIR JOINT MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT [DE 32] IN EXCESS OF THE TWENTY (20) PAGE LIMIT**

THIS CAUSE is before the Court on Defendants' Joint Unopposed Motion for Leave to File Their Joint Motion to Dismiss Plaintiff's Amended Complaint [DE 32] in Excess of the Twenty (20) Page Limit [DE 48] (the "Motion"), filed by Defendants, City of North Miami Beach, Darvin Williams, ALGO Law Firm, LLP, Ignacio Alvarez, Franklin Roig, and Norberto Hernandez a/k/a Robert Hernandez, on October 29, 2026. The Court, having considered the Motion, and being otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES that the Motion [DE 48] is GRANTED. Defendants may file their joint motion to dismiss Plaintiff's Amended Complaint [DE 32] in excess of the twenty (20) page limit set forth in Local Rule 7.1(c)(2), not to exceed thirty (30) pages.

DONE AND ORDERED in Chambers in Miami, Florida, this ___ day of October, 2026.

_______________________________________
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc: counsel of record