UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-23481-ALTMAN/HERNANDEZ

MARLINE MONESTIME,

Plaintiff,

vs.

CITY OF NORTH MIAMI BEACH,
DARVIN WILLIAMS,
ALGO LAW FIRM, LLP,
IGNACIO ALVAREZ,
FRANKLIN ROIG, AND
NORBERTO HERNANDEZ
A/K/A ROBERT HERNANDEZ,

Defendants.
______________________________/

**PLAINTIFF'S AMENDED NOTICE OF MEDIATION**

Plaintiff, Marline Monestime, hereby notices the Court, pursuant to the Court's Order Scheduling Mediation [ECF No. 24], that the parties agreed to utilize Karen Evans-Putney, Esq., as mediator, and that the mediation previously noticed for October 7, 2026 [ECF No. 28], has been rescheduled and will take place on November 12, 2026, at 10:00 a.m., via Zoom videoconference.

Dated this 3rd day of November 2026.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
*Counsel for Plaintiff*