UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-23481-ALTMAN/HERNANDEZ

MARLINE MONESTIME,

Plaintiff,

vs.

CITY OF NORTH MIAMI BEACH,
DARVIN WILLIAMS,
ALGO LAW FIRM, LLP,
IGNACIO ALVAREZ,
FRANKLIN ROIG, and
NORBERTO HERNANDEZ
a/k/a ROBERT HERNANDEZ,

Defendants.
______________________________/

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS [ECF NO. 50] AND FOR LEAVE TO EXCEED PAGE LIMIT**

THIS CAUSE came before the Court on Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion to Dismiss and for Leave to Exceed Page Limit. The Court has reviewed the Motion and is otherwise duly advised in the premises. Accordingly, it is ORDERED AND ADJUDGED that the Motion is GRANTED as follows:

Plaintiff shall file her response to Defendants' Motion to Dismiss [ECF No. 50] no later than December 7, 2026. Plaintiff's response shall not exceed thirty (30) pages.

DONE AND ORDERED in Chambers on this _____ day of November 2026.

________________________________
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*